# Notice Recipients

District/Off: 0207–8              User: admin              Date Created: 6/8/2026

Case: 8–23–73858–spg             Form ID: 151             Total: 16


**Recipients of Notice of Electronic Filing:**
tr        Krista M Preuss        info@ch13edny.com
aty       Erica T Itzhak         erica@etylaw.com

TOTAL: 2


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Michael Aryeh        537 Albemarle Road        Cedarhurst, NY 11516
smg         United States Trustee        Office of the United States Trustee        Long Island Federal Courthouse        560
            Federal Plaza – Room 560        Central Islip, NY 11722–4437
10256154    1–10 Bush Terminal Owner LP        220 36th Street        Brooklyn, NY 11232
10256155    551 Albany Avenue LLC        123 Washington Street        Apt 33D        New York, NY 10006
10291397    Aidvantage on behalf of        Dept of Ed Loan Services        PO BOX 300001        Greenville TX 75403
10256157    BMW Financial        300 Chestnut Ridge Rd        Woodcliff Lake, NJ 07677
10284053    BMW Financial Services Attn: Customer Accounting        1400 City View Drive        Columbus, OH 43215
10270760    BMW Financial Services NA, LLC        AIS Portfolio Services, LLC        4515 N Santa Fe Ave. Dept.
            APS        Oklahoma City, OK 73118
10256156    Bmw Fin Svc        5515 Park Center C        Dublin, OH 43017
10256158    Discover Bank        Po Box 15316        Wilmington, DE 19850
10256159    Dpt Ed/Aidv        Po Box 9635        Wilkes Barre, PA 18773
10256160    Jpmcb Card        301 N Walnut St, Floor 09        Wilmington, DE 19801
10256161    Larry Wilson        114 High Point Road        Scarsdale, NY 10583
10256162    NAM Funding LLC        150 Great Neck Road        Suite 304        Great Neck, NY 11021

TOTAL: 14