**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

In re:                                                                          Chapter 13

      **MICHAEL ARYEH,**
      f/k/a Michael Haymov,                                   Case No. 8-23-73858-spg
               Debtor.

-------------------------------------------------------------------X

## NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Peter Chatzinoff, Esq., dated August 3, 2026, and the exhibits annexed thereto, and upon the accompanying Memorandum of Law, **NAM Funding LLC** ("NAM" or "Movant"), a creditor and party in interest in the above-captioned chapter 13 case, by its attorneys DANTZIG & ZIGMAN, P.C., will move before the Honorable Sheryl P. Giugliano, United States Bankruptcy Judge, at the Alfonse M. D'Amato United States Courthouse, 290 Federal Plaza, Central Islip, New York 11722, in Courtroom 860, on September 3, 2026 at 12:30 p.m. (the "Return Date"), or as soon thereafter as counsel may be heard, for entry of an order, pursuant to 11 U.S.C. § 362(d)(1) and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure, granting the following relief:

    (a) modifying the automatic stay imposed by 11 U.S.C. § 362(a), and, to the extent necessary, annulling the automatic stay *nunc pro tunc* to the commencement of the Nassau Action (defined below), to permit Movant to continue and prosecute the action captioned *NAM Funding LLC v. BMH Capital Funding, LLC, Eagle Eye Advance, LLC, Michael Aryeh, and Benjamin Aryeh*, Index No. 601637/2024, pending in the Supreme Court of the State of New York, County of Nassau (the "Nassau Action"), as against the Debtor, Michael Aryeh, through entry of a final judgment therein, **solely** to obtain the equitable relief of a judicial and specific accounting and the disclosure of books, records, and information;

    (b) providing that nothing in the order shall permit Movant to seek, obtain, enforce, or collect any money judgment against the Debtor or against property of the Debtor or the Debtor's estate; and

    (c) granting such other and further relief as the Court deems just and proper.

- 1 -

**PLEASE TAKE FURTHER NOTICE** that, pursuant to E.D.N.Y. Local Bankruptcy Rule 9006-1(b), any answering papers or objections to the Motion shall be in writing, shall conform to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Eastern District of New York, shall set forth the basis for the objection with specificity, and shall be filed with the Court and served upon the undersigned so as to ensure actual receipt no later than seven (7) days before the Return Date.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Procedures of the Honorable Sheryl P. Giugliano, this Motion is made by motion returnable on the Return Date and not by notice of presentment.

**PLEASE TAKE FURTHER NOTICE** that, in the absence of a timely objection, Movant may submit a proposed order granting the relief requested, and the Court may grant the Motion without a hearing.

**PLEASE TAKE FURTHER NOTICE** that Movant requests that any order granting the Motion be effective immediately upon entry and that the fourteen (14)-day stay of such order under Fed. R. Bankr. P. 4001(a)(3) be waived.

Dated: Central Islip, New York
      August 3, 2026

                        **DANTZIG & ZIGMAN, P.C.**
                        *Attorneys for NAM Funding LLC*

By: _____
                        Peter Chatzinoff, Esq.

                        One Old Country Road - Suite 420
                        Carle Place, NY 11514
                        (516) 294-6410 x.16
                        pchatzinoff@dantziglaw.com

**TO:**
      Erica T. Itzhak, Esq.
      The Yitzhak Law Group
      185 Great Neck Road, Suite 442
      Great Neck, New York 11021
      *Attorneys for the Debtor*

Michael Aryeh
537 Albemarle Road
Cedarhurst, New York 11516
*(Debtor)*

Krista M. Preuss, Esq.
Chapter 13 Trustee
100 Jericho Quadrangle, Suite 127
Jericho, New York 11753

Office of the United States Trustee
Alfonse M. D'Amato Federal Courthouse
560 Federal Plaza
Central Islip, New York 11722