FILED: NASSAU COUNTY CLERK 12/12/2024 09:00 AM
NYSCEF DOC. NO. 28

Case 8-23-73858-reg   Doc 47-3   Filed 08/04/26   Entered 08/04/26 13:22:19

INDEX NO. 601637/2024

RECEIVED NYSCEF: 12/13/2024



61 2024 00389412

### Nassau County
### Maureen OConnell
### County Clerk
### Mineola, NY 11501

**Ref ID#: EC 24 601637**

**Instrument Number: 2024- 00389412**
As
**J68 - ELECTRONIC JUDGMENT LIBER&PAGE**

Recorded On:
December 12, 2024

Parties:
NAM FUNDING LLC

TO

BMH CAPITAL FUNDING LLC

**Num Of Pages: 3**

Recorded By: COHN

Comment:

---

**** Examined and Charged as Follows: ****

J68 - ELECTRONIC JUDGMENT L          0.00

Recording Charge:          0.00

---

**** THIS PAGE IS PART OF THE INSTRUMENT ****

I hereby certify that the within and foregoing was recorded in the Clerk's Office For: Nassau County, NY

**File Information:**

Document Number: 2024- 00389412

Receipt Number: 3373305

Recorded Date/Time: December 12, 2024 10:16:33A

Book-Vol/Pg: Bk-K  Vl-1107  Pg-72

Cashier / Station: 0 BMP  /  NCCL-3KYSH03

**Record and Return To:**



**County Clerk Maureen O'Connell**

Case 8:23-73858-spg   Doc 47-3   Filed 08/04/26   Entered 08/04/26 13:22:19

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
————————————————————— X

NAM FUNDING LLC,

                          Plaintiff,

     -against-

BMH CAPITAL FUNDING, LLC,
EAGLE EYE ADVANCE, LLC,
MICHAEL ARYEH, and BENJAMIN ARYEH,

                          Defendants.
————————————————————— X

Index Number: 601637/2024

**JUDGMENT**

PLEASE TAKE NOTICE, that the motion for Judgment having been filed on July 29, 2024 (NYSCEF Doc No.12) and a hearing having been held on October 8, 2024 and the motion having been decided by Decision and Order entered on October 22, 2024, granting Plaintiff's motion for a default judgment against defendants BMH CAPITAL FUNDING, LLC, and EAGLE EYE ADVANCE, LLC, and awarding Plaintiff judgment on the Complaint compelling those defendants to provide a judicial accounting and specific accounting as sought in the Complaint;

NOW, upon motion of Plaintiff by its counsel Law Office of Steven Cohn, P.C., with an office located at One Old Country Road, Suite 420, Carle Place, New York,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Plaintiff NAM FUNDING LLC, by its attorneys, the Law Office of Steven Cohn, PC, is due and shall have recovery from Defendants BMH CAPITAL FUNDING, LLC, and EAGLE EYE ADVANCE, LLC., with a principal place of business at 254 36th Street Suite 303, Brooklyn, New York 11232, , as follows:

1. on the First Cause of Action, that defendants BMH CAPITAL FUNDING, LLC, and EAGLE EYE ADVANCE, LLC provide a judicial accounting to determine *inter alia*, the

Case 8-23-73858-spg   Doc 47-3   Filed 08/04/26   Entered 08/04/26 13:22:19

amount of profit that BMH and EEA made, the amounts of the "Set Return" and "Participant Collections" due and owing to plaintiff, and to discover the companies and/or individuals to which defendants has improperly transferred BMH assets; and

2. on the Second Cause of Action, that defendants BMH CAPITAL FUNDING, LLC, and EAGLE EYE ADVANCE, LLC provide a specific accounting to plaintiff, as required by the binding written agreement between the parties, of all BMH's and EEA's bank accounts and statements; Merchant Advance records, spreadsheets, and general ledger; books and records; calculations and reports of Participant Collection with all supporting, related financial documentation; and all reports that reflect the business performance of BMH and EEA, all as required in the written Agreement between the parties;

and that Plaintiff shall have execution therefor.

**JUDGMENT SIGNED THIS**
**___ DAY OF DECEMBER, 2024**

_____
**Hon. Timothy S. Driscoll, J.S.C.**

**ENTERED**
DEC 12 2024
NASSAU COUNTY
COUNTY CLERK'S OFFICE

**ENTERED:** _____