**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------X

In re:                                                                    Chapter 13

      **MICHAEL ARYEH,**

        f/k/a Michael Haymov,                              Case No. 8-23-73858-spg

             Debtor.

-------------------------------------------------------------------------------X

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the motion (the "Motion") of NAM Funding LLC ("NAM") for an order pursuant to 11 U.S.C. § 362(d)(1) and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure modifying, and to the extent necessary annulling, the automatic stay; and upon the Declaration of [ATTORNEY NAME] and the exhibits annexed thereto, and the Memorandum of Law submitted in support of the Motion; and due and proper notice of the Motion having been given; and [no timely objection to the Motion having been filed] [an opportunity for a hearing having been afforded]; and the Court having found that cause exists under 11 U.S.C. § 362(d)(1) to grant the relief set forth herein; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the Motion is GRANTED as set forth herein; and it is further

**ORDERED**, that the automatic stay imposed by 11 U.S.C. § 362(a) is modified, and, to the extent necessary, annulled *nunc pro tunc* to the commencement of the action captioned *NAM Funding LLC v. BMH Capital Funding, LLC, Eagle Eye Advance, LLC, Michael Aryeh, and Benjamin Aryeh*, Index No. 601637/2024 (Sup. Ct. Nassau Cty.) (the "Nassau Action"), solely to permit NAM to continue and prosecute the Nassau Action as against the Debtor, Michael Aryeh, through entry of a final judgment therein, solely to obtain the equitable relief of a judicial and specific accounting and the disclosure of books, records, and information; and it is further

**ORDERED**, that nothing in this Order shall permit NAM to seek, obtain, enforce, or collect any money judgment against the Debtor or against property of the Debtor or the Debtor's estate, and any monetary claim against the Debtor shall remain subject to the automatic stay and to the claims-allowance and discharge provisions of the Bankruptcy Code; and it is further

2

**ORDERED**, that the fourteen (14)-day stay of this Order provided by Fed. R. Bankr. P. 4001(a)(3) is waived, and this Order shall be effective immediately upon entry; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.


Dated:  Central Islip, New York
              _____, 2026


_____
Honorable Sheryl P. Giugliano
United States Bankruptcy Judge

2