**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

In re: Chapter 13

MICHAEL ARYEH,
f/k/a Michael Haymov,

Case No. 8-23-73858-spg

Debtor.

------------------------------------------------------------------------X

**ORDER GRANTING NAM FUNDING LLC NARROW EQUITABLE RELIEF FROM THE AUTOMATIC STAY TO CONTINUE THE NASSAU ACTION AND SEEK A JUDICIAL AND SPECIFIC ACCOUNTING**

Upon the motion [ECF No. 47] (the "Motion") filed August 4, 2026, of NAM Funding LLC ("NAM") for an order pursuant to 11 U.S.C. § 362(d)(1) and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure modifying, the automatic stay; and upon the Declaration of Peter Chatzinoff, Esq. and the exhibits annexed thereto, and the Memorandum of Law [Exhibit 4, ECF No. 47] submitted in support of the Motion; **and the Court having considered the Affirmation in Opposition [ECF No. 51] and the Memorandum of Law in Opposition [ECF No. 52] filed by the Debtor on August 27, 2026**; and due and proper notice of the Motion having been given; and a hearing having been held, **the transcript of which is incorporated herein by reference**; and the Court having found that cause exists under 11 U.S.C. § 362(d)(1) to grant the relief set forth herein; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the Motion is GRANTED as set forth herein; and it is further

**ORDERED**, that the automatic stay imposed by 11 U.S.C. § 362(a) is modified with respect to the pending action captioned *NAM Funding LLC v. BMH Capital Funding, LLC, Eagle Eye Advance, LLC, Michael Aryeh, and Benjamin Aryeh*, Index No. 601637/2024 (Sup. Ct. Nassau Cty.) (the "Nassau Action"), solely to permit NAM to continue and prosecute the Nassau Action as against the Debtor, Michael Aryeh, through entry of a final judgment therein, solely to obtain the equitable relief of a judicial and specific accounting and the disclosure of books, records, and information; and it is further

**ORDERED**, that nothing in this Order shall permit NAM to seek, obtain, enforce, or collect any money judgment against the Debtor or against property of the Debtor or the Debtor's

estate, and any monetary claim against the Debtor shall remain subject to the automatic stay and to the claims-allowance and discharge provisions of the Bankruptcy Code; and it is further

**ORDERED**, that the fourteen (14)-day stay of this Order provided by Fed. R. Bankr. P. 4001(a)(3) is not waived and this Order shall be stayed for 14 days from the date of entry; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: Central Islip, New York**
**September 3, 2026**

Sheryl P. Giugliano
United States Bankruptcy Judge